MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com

*Attorney for Gemspring Capital Management, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIVE VENTURES INCORPORATED. a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GEMSPRING CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-00067-JAD-BNW<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF DEFENDANT GEMSPRING CAPITAL MANAGEMENT LLC'S DEADLINE TO RESPOND TO PLAINTIFF LIVE VENTURES INCORPORATED'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Gemspring Capital Management, LLC and Live Ventures Incorporated stipulate to an extension of Gemspring's deadline to file a responsive pleading to Live Ventures' complaint by four (4) days, up to and including Friday, March 18, 2022. *See* LR IA 6-1. Pursuant to ECF No. 21, Gemspring's current deadline is Sunday, March 13, 2022 (accordingly, Monday, March 14, 2022). *See* Fed. R. Civ. P. 6(a)(1)(C).  Good cause exists to extend this deadline because undersigned counsel is getting married this weekend and requires additional time to finalize Gemspring's responsive pleading and forthcoming counterclaim.  Live Ventures has consented to the requested extension.

///

///

///

1

62561455;1

This is the first stipulation for extension of the responsive pleading deadline. This stipulation is brought in good faith and not for purposes of delay.

| DATED this 10th day of March 2022. | DATED this 10th day of March 2022. |
|---|---|
| **AKERMAN LLP** | **GREENBERG TRAURIG, LLP** |
| /s/ *Melanie D. Morgan* | /s/ *Christopher R. Miltenberger* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>1635 Village Center Cir., Ste. 200<br>Las Vegas, Nevada 89134<br>*Attorney for Defendant* | MARK E. FERRARIO, ESQ.<br>Nevada Bar No. 1625<br>CHRISTOPHER R. MILTENBERGER, ESQ.<br>Nevada Bar No. 10153<br>10845 Griffith Peak Dr., Suite 600<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

March 11, 2022
**DATED**

2

62561455;1