MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No. 10153
JERRELL L. BERRIOS, ESQ.
Nevada Bar No. 15504
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
E-mail:  ferrariom@gtlaw.com
         miltenbergerc@gtlaw.com
         berriosj@gtlaw.com

*Counsel for Plaintiff/Counter-Defendant
Live Ventures Incorporated*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIVE VENTURES INCORPORATED, a Nevada corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>GEMSPRING CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>                    Defendants.<br><br>GEMSPRING CAPITAL MANAGEMENT, LLC, a Delaware limited liability company;<br><br>                    Counter-Plaintiff,<br><br>    vs.<br><br>LIVE VENTURES INCORPORATED, a Nevada corporation,<br><br>                    Counter-Defendant. | Case No.:  2:22-cv-00067-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>ECF No. 26 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR I-A 6-2, and LR 7-1, Plaintiff/Counter-Defendant Live Ventures Incorporated and Defendant/Counter-Plaintiff Gemspring Capital Management, LLC, by and through their respective undersigned counsel,

Page **1** of **2**

ACTIVE 64987862v2

being the only parties who have made an appearance in this action and having reached an agreement to resolve all outstanding issues between them, hereby stipulate to DISMISS the above-captioned matter WITH PREJUDICE in its entirety.

The parties further stipulate and agree that each party shall bear its own respective attorneys' fees, costs, and expenses in connection with and related to the above-captioned matter.

| | |
|---|---|
| DATED this 27th day of June, 2022. | DATED this 27th day of June, 2022. |
| GREENBERG TRAURIG, LLP | AKERMAN LLP |
| By: /s/ Christopher R. Miltenberger<br>Mark E. Ferrario, Esq.<br>Nevada Bar No. 1625<br>Christopher R. Miltenberger, Esq.<br>Nevada Bar No. 10153<br>Jerrell L. Berrios, Esq.<br>Nevada Bar No. 15504<br><br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135<br><br>*Attorneys for Plaintiff/Counter-Defendant Live Ventures Incorporated* | By: /s/ Melanie D. Morgan<br>Melanie D. Morgan, Esq.<br>Nevada Bar No. 8215<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>Jason S. Oletsky, Esq.<br>*Admitted pro hac vice*<br>Dustin B. Hillsley, Esq.<br>*Admitted pro hac vice*<br>201 East Las Olas Blvd, Suite 1800<br>Fort Lauderdale, FL 33301<br><br>*Attorneys for Defendant/Counter-Plaintiff Gemspring Capital Management, LLC* |

## ORDER

Based on the parties' stipulation [ECF No. 26] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 30, 2022